**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LATAWERENCE W. WHITE,** | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **v.** | **)** | **CIVIL ACTION 1:22-00471-KD-N** |
| | **)** | |
| **SHERIFF'S DEPARTMENT,** *et al*., | **)** | |
| **Defendant.** | **)** | |

**JUDGMENT**

In accordance with the Order entered this date, it is hereby **ORDERED**, **ADJUDGED,** and **DECREED** that Latawerence W. White's November 21, 2022 Complaint is **DISMISSED without prejudice** for failure to prosecute and non-compliance with Court orders, and that his second amended IFP motion is **DENIED.**

**DONE** and **ORDERED** this the **23rd** day of **March 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**